FILED by _____ D.C.
INTAKE

FEB -4 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-60209-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| KENNETH C. JENNE, | ) | Fort Lauderdale, Florida |
| Defendant. | ) | September 5, 2007 |
| | ) | 2:00 p.m. |

TRANSCRIPT OF PLEA OF GUILTY

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

REC'D by _____ D.C.
APPEALS

FEB 0 6 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

APPEARANCES:

For the Plaintiff:    MATTHEW S. AXELROD, ESQ.
                      Assistant U.S. Attorney
                            -and-
                      MICHAEL PATRICK SULLIVAN, ESQ.
                      Assistant United States Attorney
                      99 Northeast 4th Street
                      Miami, Florida 33132-2111

For the Defendant:    J. DAVID BOGENSCHUTZ, ESQ.
                      600 South Andrews Avenue
                      Suite 500
                      Fort Lauderdale, Florida 33301

Reporter:             ROBERT A. RYCKOFF
                      Official Court Reporter
                      299 East Broward Boulevard
                      Fort Lauderdale, Florida 33301
                      954-769-5657

THIS VOLUME
pages 1-56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 07-60209-CR-WPD

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER=