1

FILED by _H.H._ D.C.
APPEALS
FEB 28 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-60209-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED by ___ D.C. |
| -v- | ) | INTAKE |
| | ) | FEB 26 2008 |
| KENNETH C. JENNE, | ) | CLARENCE MADDOX |
| | ) | CLERK U.S. DIST. CT. |
| Defendant. | ) | S.D. OF FLA. - FT. LAUD. |
| | ) | Fort Lauderdale, Florida |
| | ) | November 16, 2007 |
| | ) | 9:15 a.m. |

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     MATTHEW AXELROD, ESQ.
                       MICHAEL PATRICK SULLIVAN, ESQ.
                       Assistant U.S. Attorneys


For the Defendant:     J. DAVID BOGENSCHUTZ, ESQ.
                       THOMAS SCOTT, ESQ.


Reporter:              ROBERT A. RYCKOFF
                       Official Court Reporter
                       299 East Broward Boulevard
                       Fort Lauderdale, Florida 33301
                       954-769-5657

THIS VOLUME
pages 1-109

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 07-60209-CR-WPD

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER=