UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60209-CR-DIMITROULEAS/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH C. JENNE,

    Defendant.
_____/

## MOTION TO TRAVEL TO THE BAHAMAS

COMES NOW the Defendant, KENNETH C. JENNE, by and through his undersigned counsel and respectfully requests permission to travel to the Bahamas to attend the First Annual Shareholders Corporate Retreat held by Rothstein, Rosenfeldt, Adler, from June 11 to June 14, 2009, and would show for cause as follows:

1.    That the Defendant is currently employed by Rothstein, Rosenfeldt, Adler. Although he is not presently a shareholder, this event is important for his advancement, and an honor for him to be invited;

2.    That while in the Bahamas, the Defendant will be reachable through Atlantis Resorts, Paradise Island, Bahamas. Assistant U.S Probation Officer Jeffrey Feldman has the Defendant's cell phone contact number;

3.    That Assistant United States Attorney Patrick Sullivan was contacted and he advised that he <u>does not object</u> to Defendant's request to travel;

4.    That the Defendant will notify his probation officer upon his return from the Bahamas;



5. Other grounds to be argued <u>ore tenus</u>, if necessary.

WHEREFORE, the Defendant prays this Honorable Court to grant the relief requested.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

**BOGENSCHUTZ, DUTKO & KROLL, P.A.**
Attorneys for Defendant
600 South Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 764-2500

BY 
J. DAVID BOGENSCHUTZ
Florida Bar No. 131174

MOTION TO TRAVEL TO THE BAHAMAS
UNITED STATES OF AMERICA V. KENNETH C. JENNE
CASE NO.: 07-60209-CR-DIMITROULEAS/SELTZER

2

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 764-2500 • FAX (954) 764-5040

