UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 07-60209-CR-DIMITROULEAS

    Plaintiff,

vs.

KENNETH C. JENNE,

    Defendant.
_____/

## **O R D E R**

THIS CAUSE is before the Court on Defendant's May 22, 2009 Motion to Travel [DE-62]. Said Motion [DE-62] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of May, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

J. David Bogenshutz, Esquire
Patrick Sullivan, AUSA
U.S.P.O.

Case 0:07-cr-60209-WPD   Document 63   Entered on FLSD Docket 05/28/2009   Page 2 of 2